UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO DE LA PAZ SALAZAR, (A#234-034-800), MANUEL ARRELLANO RAMIREZ, (A#234-034-800), JORGE LUIS LOPEZ VASQUEZ, (A#086-240-132),

Petitioners,

v.

KRISTI NOEM, et al.,

Respondents.

No.  1:26-cv-00899-DC-SCR (HC)

ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

(ECF No. 19)

Petitioners are federal immigration detainees who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 19.  To date, neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has

1

reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. However, consistent with this court's previous decisions, the court finds that the appropriate relief in this case is Petitioner's immediate release from custody. *See Alvarez Maciel v. Noem*, No. 1:26-cv-01318-DC-CKD, 2026 WL 496948 (E.D. Cal. Feb. 23, 2026) (granting injunctive relief of immediate release for noncitizen who was detained by U.S. immigration authorities after living in the United States for over twenty years); *Barajas Ortiz v. Chestnut*, No. 1:26-cv-01167-DC-SCR, 2026 WL 508419 (E.D. Cal. Feb. 24, 2026) (same as to noncitizen who had lived in United States for over 30 years); *Zuniga Cruz v. Noem*, No. 1:26-cv-01818-DC-EFB, 2026 WL 890471 (E.D. Cal. Mar. 31, 2026) (granting motion for temporary restraining order and habeas petition as to the petitioner's Immigration and Nationality Act claim where the petitioner lived in the United States for eight years before his detention).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED IN PART;

2. The petition (ECF No. 1) is GRANTED;

3. Petitioners Gustavo De La Paz Salazar, A#246-059-190; Manuel Arrellano Ramirez, A#234-034-800; and, Jorge Luis Lopez Vasquez, A#086-240-132 shall be released immediately from custody;

4. If the government seeks to re-detain Petitioner(s), they shall provide him with a bond hearing pursuant to 8 C.F.R. 1236.1(c)(8) at which Petitioner(s) shall bear the burden of showing that he is not a flight risk or a risk to community safety;

5. This order does not address the circumstances in which Respondents may detain Petitioner(s) in the event Petitioner(s) becomes subject to an executable final order of removal and Petitioner(s) receives notice of that final order of removal;

6. Respondents are directed to file a notice of compliance within three (3) days of this order;

7. The Clerk of Court is directed to serve a copy of this order on the California City Detention Center; and

/////

8. The Clerk of Court is directed to enter judgment in favor of Petitioners and close this case.

IT IS SO ORDERED.

Dated:    **May 6, 2026**

_____
Dena Coggins
United States District Judge