# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

GUSTAVO DE LA PAZ SALAZAR ,

v.

KRISTI NOEM ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–00899–DC–SCR**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/7/2026 .**

ENTERED:   **May 7, 2026**          /s/  **Keith Holland**

                                                      Clerk of Court